**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bowmik (State Bar #248066)
Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA  92037
Telephone:  (858) 551-1223
Facsimile:  (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiffs

Eric J. Knapp, Bar No. 214352
  eric.knapp@squirepb.com
Steven E. Swaney, Bar No. 221437
  steven.swaney@squirepb.com
Robert J. Nolan, Bar No. 235738
  robert.nolan@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
Attorneys at Law
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  415.954.0200
Facsimile:  415.393.9887

Attorneys for The Procter & Gamble Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| PETER CORNEJO, and ARMANDO ACOSTA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY, an Ohio Corporation,<br><br>Defendant. | Case No. 16-cv-01741-JLS (KES)<br><br>**STIPULATED REQUEST FOR AN ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS ACTION ALLEGATIONS**<br><br>Judge:  Josephine L. Staton |

Plaintiffs Peter Cornejo and Armando Acosta ("Plaintiffs") and Defendant The Procter & Gamble Co., through their undersigned counsel, stipulate to a request that the Court enter an order dismissing with prejudice Plaintiffs' individual claims and dismiss without prejudice the class action allegations. Each party to bear its/his own attorneys' fees and costs.

Pursuant to the Court's April 17, 2017 Order (ECF Dkt. No. 18) and The Court's Procedure No. 19, the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989), favor dismissal and do not require that notice of this dismissal be provided to the putative class because there is no potential prejudice to the absent putative class members from dismissal of this action.

First and foremost, the class claims here are dismissed without prejudice and there exists another nationwide class action, encompassing California, pending in the Southern District of New York asserting substantively identical legal and factual allegations. *See* ECF Dkt. No. 15-1 (P&G's Motion to Transfer); ECF Dkt. No. 15-2 Ex. 2 (*Colbert v. Procter & Gamble Co.*, Case No. 1:16-CV-02636 (S.D.N.Y. April 8, 2016)).

Second, there is little if any reliance on the part of absent class members on the filing of this action as they are unlikely to know about it as the parties are not aware of any publicity about this action or other circumstances that could potentially make absent class members aware of it. *Diaz*, 876 F.2d at 1408. Third, there is adequate time for absent class members to file other actions because the statute of limitations was tolled by the filing of this action and, as noted, there is currently pending another nationwide class action, encompassing California, that was filed several months before this action and which asserts substantially identical legal and factual allegations. *Id.* Fourth, there has been no settlement or concession of class interests made by the class representatives or class counsel in

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

010-8452-7802/1/AMERICAS

CASE NO. 16-CV-01741-JLS (KES)
**STIPULATED REQUEST FOR DISMISSAL**

order to further their own interests. *Id.* In short, voluntary dismissal of this action does not subject absent class members to prejudice or any unfair impacts because the settlement of individual claims with prejudice and class claims without prejudice does not prevent absent class members from pursuing their own claims.

Dated: April 28, 2017

Respectfully submitted,

BLUMENTHAL, NORDREHAUG & BHOWMIK

By: */s/ Kyle Nordrehaug*
KYLE NORDREHAUG
Attorneys for Plaintiffs

Dated: April 28, 2017

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Eric J. Knapp*
ERIC J. KNAPP
Attorneys for Defendant
THE PROCTER & GAMBLE CO.

-2-

CASE NO. 16-CV-01741-JLS (KES)

**STIPULATED REQUEST FOR DISMISSAL**