___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:16-cv-01741-JLS-KESx                                                  Date: May 3, 2017
Title:  Peter Cornejo et al. v. The Procter and Gamble Company

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                                         N/A
   Deputy Clerk                                                      Court Reporter

Attorneys Present for Plaintiff:                          Attorneys Present for Defendant:

Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER GRANTING JOINT STIPULATION FOR ORDER OF DISMISSAL (Doc. 19)**

     Before the Court is a Joint Stipulation for an order of dismissal.  (Stip., Doc. 19.)  Having reviewed the Settlement Agreement and the parties' Stipulation, the Court does not find any evidence that Plaintiffs' Settlement Agreement is collusive or prejudicial to the class.  As such, the Court DISMISSES WITH PREJUDICE Plaintiffs' individual claims and DISMISSES WITHOUT PREJUDICE the class claims.  Each party shall bear its/his own attorneys' fees and costs.  The clerk is instructed to close the case.

                              Initials of Preparer:   tg

___